**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

**MERCEDES BENZ U.S. INTERNATIONAL,**
    **Petitioner**

v.

**NATIONAL LABOR RELATIONS BOARD**
    **Respondent.**

**Appeal No. 15-10291-B**



U.S. COURT OF APPEALS
RECEIVED
CLERK
FEB 23 2015
ATLANTA, GA.

**INTERNATIONAL UNION, UAW's**
**MOTION FOR LEAVE TO INTERVENE**

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**MERCEDES BENZ U.S. INTERNATIONAL,**
   **Petitioner**

v.

Appeal No. 15-10291-B

**NATIONAL LABOR RELATIONS BOARD**
   **Respondent.**

## INTERNATIONAL UNION, UAW'S
## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE

Pursuant to Fed. R. of Civ. P. 26.1 and Eleventh Circuit Rule 26.1-1, Proposed Intervenor, United Automobile, Aerospace, and Agricultural Implement Workers of America, UAW ("UAW" or "International Union, UAW") states that (1) it is an unincorporated association; (2) the UAW has no parent corporation; and (3) there is no publicly held corporation that owns 10 percent of the UAW.

The UAW further certifies that, to the best of counsel's knowledge, the following persons have in interest in the outcome of this case:

   Britton, James, Counsel for UAW

   Burr Forman, LLP, Counsel for Petitioner

C-1

Chahrouri, Katherine, Counsel for the General Counsel, Region 10, National Labor Relations Board

Cooleman, III, John J., Counsel for Petitioner

Diamler AG

Diamler North America Corp.

Debruge, Marcel L., Counsel for Petitioner

Linda Dreeben, Deputy General Counsel, National Labor Relations Board

Garner, Kirk, Charging Party

Griffin, Jill, Counsel for the General Counsel, National Labor Relations Board

Locke, Keltner W., Administrative Law Judge

McRight, Frank, Counsel for Petitioner

National Labor Relations Board

Milakshmi Rajapakse, Counsel for the General Counsel, National Labor Relations Board

Rowe, Nicholas A., Counsel for the General Counsel, National Labor Relations Board

Scully, Matthew, Counsel for Petitioner

United Automobile, Aerospace, and Agricultural Implement Workers of America, UAW, Charging Party

Wilson, Nancy, Acting Director, Region 10, National Labor Relations Board.

Respectfully Submitted,

By: _____
Niraj Ganatra
General Counsel
**James A. Britton**
Assistant General Counsel
International Union, UAW
8000 E. Jefferson Ave.
Detroit, MI 48214

jbritton@uaw.net
(313) 926-5216
(313) 926-5240

C-3

## INTERNATIONAL UNION, UAW'S MOTION TO INTERVENE

Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure, the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America (UAW), moves for leave to intervene. The UAW was a charging party before the National Labor Relations Board in this case and is, therefore, a party entitled to intervene in the proceedings to review the Board's decision. *See Automobile Workers v. Scofield*, 382 U.S. 205 (1965).

By: _____
**Niraj Ganatra**
General Counsel
**James A. Britton**
Assistant General Counsel
International Union, UAW
8000 E. Jefferson Ave.
Detroit, MI 48214
jbritton@uaw.net
(313) 926-5216
(313) 926-5240

Opeiu494